The Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY,<br><br>                    Plaintiff,<br>    v.<br><br>KAREN ULBRICHT, et al.,<br><br>                    Defendants. | No. 2:20-cv-0369-JLR<br><br>**ORDER REGARDING STIPULATED MOTION RE: SECOND AMENDED COMPLAINT FOR INSURANCE BAD FAITH DAMAGES**<br><br>NOTED FOR HEARING: OCTOBER 27, 2020 |
| KAREN ULBRICHT, individually and as the personal representative of THE ESTATE OF ROBERT ULBRICHT, and HEIDE L. ULBRICHT; and ROBERT S. ULBRICHT, collectively as assignees of the right of P.M. Northwest, Inc.; and P.M. NORTHWEST, INC., a Washington corporation,<br><br>                    Plaintiffs,<br>    v.<br><br>UNITED STATES FIDELITY AND GUARANTY COMPANY,<br><br>                    Defendant. | No. 2:20-CV-00617-JLR |
| UNITED STATES FIDELITY AND GUARANTY COMPANY,<br><br>                    Third Party Plaintiff,<br>    v.<br>PM NORTHWEST, INC., et al.<br><br>                    Third Party Defendants. | |

ORDER REGARDING STIPULATED MOTION RE: SECOND
AMENDED COMPLAINT FOR INSURANCE BAD FAITH DAMAGES
USF&G Co. v. Karen Ulbricht, et al., Case No. 20-cv-0369-DWC
Page 1 of 2

**FRIEDMAN | RUBIN® PLLP**
1109 FIRST AVENUE, STE 501
SEATTLE, WA 98101
(206) 501-4446

1   **THIS MATTER** came before the Court on Plaintiffs' Ulbrichts Stipulated Motion Re:
2   Second Amended Complaint for Insurance Bad Faith Damages.  The Court, having considered
3   the papers submitted, and the files and records herein, finds that the motion should be granted.
4   Now, therefore, it is hereby

5   ORDERED that Plaintiffs' Stipulated Motion Re: Second Amended Complaint for Bad
6   Faith Damages is GRANTED, and Plaintiffs are hereby granted leave to file their Second
7   Amended Complaint for Insurance Bad Faith Damages.

8   DATED this 2nd day of November, 2020.

*[signature]*

The Honorable James L. Robart

Presented by:
FRIEDMAN | RUBIN, PLLP

By:  *s/Richard Dykstra*
    Richard Dykstra, WSBA No. 5114
By:  *s/Alexander E. Ackel*
    Alexander E. Ackel, WSBA No. 52073

1109 1st Avenue, Suite 501
Seattle, WA 98101
Telephone:  206-501-4446
Facsimile:  206-623-0794
Email: rdykstra@friedmanrubin.com
Email: aackel@friedmanrubin.com

Of Attorneys for Plaintiffs Ulbricht

ORDER REGARDING STIPULATED MOTION RE: SECOND
AMENDED COMPLAINT FOR INSURANCE BAD FAITH DAMAGES
USF&G Co. v. Karen Ulbricht, et al., Case No. 20-cv-0369-DWC
Page 2 of 2

**FRIEDMAN | RUBIN® PLLP**
1109 FIRST AVENUE, STE 501
SEATTLE, WA 98101
(206) 501-4446