Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>KAREN ULBRICHT, et al.,<br><br>    Defendants. | No. 2:20-CV-00369-JLR<br><br>(consolidated with Case No. 2:20-CV-00617-JLR)<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND TIME FOR DEFENDANTS/THIRD-PARTY DEFENDANTS TO RESPOND TO AMENDED COMPLAINT AND THIRD-PARTY COMPLAINT**<br><br>NOTE ON MOTION CALENDAR:<br><br>November 25, 2020 |
| KAREN ULBRICHT, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES FIDELITY AND GUARANTY COMPANY,<br><br>    Defendant. | |
| UNITED STATES FIDELITY AND GUARANTY COMPANY,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>ALLIANZ INSURANCE COMPANY, et al.<br><br>    Third-Party Defendants. | |

ORDER GRANTING STIPULATED MOTION TO EXTEND TIME FOR
DEFENDANTS/THIRD-PARTY DEFENDANTS TO RESPOND
TO AMENDED COMPLAINT AND THIRD-PARTY COMPLAINT - 1
(USDC NO. 2:20-cv-00369-JLR and No. 2:20-CV-00617-JLR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

This matter comes before the Court on the parties' Stipulated Motion to Extend Time for Defendants/Third-Party Defendants to Respond to Amended Complaint and Third-Party Complaint.

Having reviewed the motion and supporting papers, it is hereby ordered as follows:

The motion is GRANTED.

The Insurer Defendants time to answer or otherwise respond to USF&G's Amended Complaint and Third-Party Complaint is extended until December 15, 2020.

DATED this 1st day of December, 2020.

_____
The Honorable James L. Robart
United States District Court Judge

Presented by:
**DAVIS WRIGHT TREMAINE, LLP**
Attorneys for Plaintiff and Third-Party Plaintiff
United States Fidelity and Guaranty Company

By *s/ Nancy A. Brownstein*
Everett W. Jack, Jr, WSBA No. 47076
Steven P. Caplow, WSBA No. 19843
Nancy A. Brownstein, WSBA No. 50150

1300 S.W. Fifth Ave., Ste. 2400
Portland, OR 97201
Telephone: (503) 241-2300
Facsimile: (503) 778-5299
Email: jacke@dwt.com

920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: 206.622.3150
Facsimile: 206.757.7700
Email: nancybrownstein@dwt.com
Email: stevencaplow@dwt.com

ORDER GRANTING STIPULATED MOTION TO EXTEND TIME FOR
DEFENDANTS/THIRD-PARTY DEFENDANTS TO RESPOND
TO AMENDED COMPLAINT AND THIRD-PARTY COMPLAINT - 2
(USDC NO. 2:20-cv-00369-JLR and No. 2:20-CV-00617-JLR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

**SOHA & LANG, P.S.**
Attorneys for Maryland Casualty Company

By: *s/ Geoffrey C. Bedell*
Geoffrey C. Bedell, WSBA # 28837
D. Brad Hudson, WSBA # 14384
1325 Fourth Avenue, Suite 2000
Seattle, WA 98101-2570
Telephone:  206-624-1800; Fax:  206-624-3585
Email: bedell@sohalang.com
Email: hudson@sohalang.com

**COZEN O'CONNOR**
Attorneys for Third-Party Defendants Allianz Global Risks US Insurance Company (formerly known as Allianz Insurance Company) and National Surety Corporation

By:  *s/ Jodi A. McDougall*
Jodi A. McDougall, WSBA No. 22060
Jonathan Toren, WSBA No. 46896
999 Third Avenue, Suite 1900
Seattle, Washington 98370
Telephone: (206) 340-1000; Fax: (206) 621-8783
Email: JMcDougall@cozen.com
Email: JToren@cozen.com

**SELMAN BREITMAN LLP**
Attorneys for Third-Party Defendant TIG Insurance Company

By: *s/ Peter J. Mintzer*
Peter J. Mintzer, WSBA# 19995
Daniel C. Heath, WSBA# 49051
600 University Street, Suite 1800
Seattle, WA 98101-4129
Telephone: 206.447.6461; Fax: 206.588.4185
Email: pmintzer@selmanlaw.com

ORDER GRANTING STIPULATED MOTION TO EXTEND TIME FOR DEFENDANTS/THIRD-PARTY DEFENDANTS TO RESPOND TO AMENDED COMPLAINT AND THIRD-PARTY COMPLAINT - 3
(USDC NO. 2:20-cv-00369-JLR and No. 2:20-CV-00617-JLR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax