UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY,<br><br>        Plaintiff,<br><br>  v.<br><br>KAREN ULBRICHT, et al.,<br><br>        Defendants. | CASE NO. C20-0369JLR<br><br>ORDER GRANTING UNOPPOSED JOINT MOTION FOR CLAIM-BAR |
| KAREN ULBRICHT, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>UNITED STATES FIDELITY AND GUARANTY COMPANY,<br><br>        Defendant. | |
| UNITED STATES FIDELITY AND GUARANTY COMPANY,<br><br>        Third Party Plaintiff,<br><br>  v.<br><br>P.M. NORTHWEST, INC., et al.,<br><br>        Third Party Defendants. | |

//

//

ORDER - 1

1    This matter comes before the court on the Unopposed Joint Motion for Claim-Bar brought by Defendants/Third-Party Defendants: Zurich American Insurance Company, successor in interest by merger to Maryland Casualty Company ("Maryland"); National Surety Corporation and Allianz Global Risk US Insurance Company (formerly known as Allianz Insurance Company) ("Allianz"); and TIG Insurance Company formerly known as Transamerica Insurance Company ("TIG").  (Mot. (Dkt. # 59).)

The court has considered the motion, the supporting declarations and all pleadings and filings on record.  Being fully advised, the court GRANTS the motion (Dkt. # 59). The court further FINDS and ORDERS:

1. The Settlement Agreements are reasonable and are the result of arm's-length negotiations between parties represented by counsel.  The Settlement Agreements are not collusive, inadequate, or entered into for any improper purpose.

2. The non-settling insurer, United States Fidelity and Guaranty Company ("USF&G"), is adequately protected and does not oppose the motion.

3. The court ORDERS that all claims against Maryland, Allianz and TIG in this action are DISMISSED with prejudice.  The court further ORDERS that any other claims or causes of action in connection with this action against Maryland, Allianz and TIG are hereby BARRED.

4. There being no just reason for delay, the court further DIRECTS that this order shall be entered as a final judgment under Federal Rule of Civil Procedure 54(b).

IT IS SO ORDERED.

//

1  DATED this 17th day of November, 2021.

2
3
                                    JAMES L. ROBART
4                                   United States District Judge

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

ORDER - 3