Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY,<br><br>              Plaintiff,<br><br>    v.<br><br>KAREN ULBRICHT, et al.,<br><br>              Defendants. | No. 2:20-CV-00369-JLR<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING STIPULATED MOTION TO APPROVE SETTLEMENT AND FOR A CLAIM BAR**<br><br>**NOTE ON MOTION CALENDAR:**<br><br>January 21, 2022 |
| KAREN ULBRICHT, et al.,<br><br>              Plaintiffs,<br>    v.<br><br>UNITED STATES FIDELITY AND GUARANTY COMPANY,<br><br>              Defendant. | No. 2:20-CV-00617-JLR |
| UNITED STATES FIDELITY AND GUARANTY COMPANY,<br><br>              Third-Party Plaintiff,<br><br>    v.<br><br>ALLIANZ INSURANCE COMPANY, et al.<br><br>              Third-Party Defendants. | |

ORDER RE STIPULATED MOTION TO
APPROVE SETTLEMENT AND FOR A CLAIM BAR - 1
(USDC NO. 2:20-cv-00369-JLR)

This matter comes before the Court on the parties' Stipulated Motion to Approve the Settlement and for a Claim Bar (the "Motion") brought by Plaintiff United States Fidelity and Guaranty Company and Defendants, PM Northwest and the Ulbrichts.

Having considered the Motion, the supporting declaration and all pleadings and filings on record, it is hereby ordered as follows:

The Motion is GRANTED. The Court further Finds and Orders:

1. The Settlement Agreement is reasonable and is the result of arms-length negotiations between the parties represented by counsel. The Settlement is not collusive, inadequate, or entered into for any improper purpose.

2. The non-settling insurers are adequately protected.

IT IS SO ORDERED.

DATED this 21st day of January 2022.

*[signature]*

The Honorable James L. Robart United States District Court Judge

Presented by:
**DAVIS WRIGHT TREMAINE, LLP**
Attorneys for Plaintiff
United States Fidelity and Guaranty Company

By *s/ Nancy A. Brownstein*
Everett W. Jack, Jr, WSBA No. 47076
Steven P. Caplow, WSBA No. 19843
Nancy A. Brownstein, WSBA No. 50150

1300 S.W. Fifth Ave., Ste. 2400
Portland, OR 97201
Telephone: (503) 241-2300
Facsimile: (503) 778-5299
Email: jacke@dwt.com

```
 1  920 Fifth Avenue, Suite 3300
    Seattle, WA 98104-1610
 2  Telephone: 206.622.3150
    Facsimile: 206.757.7700
 3  Email: nancybrownstein@dwt.com
    Email: stevencaplow@dwt.com
 4
 5
    **Friedman | Rubin, PLLP**
 6  Attorneys for Defendants
 7
    By *s/Kenneth R. Friedman*
 8  Kenneth R. Friedman, WSBA No. 17149
    1126 Highland Avenue
 9  Bremerton, WA  98337
    Phone: (360) 782-4300
10  Fax:    (360) 782-4358
    Email: kfriedman@friedmanrubin.com
11
12  By *s/Richard Dykstra*
    Richard Dykstra, WSBA No. 5114
13  Alexander E. Ackel, WSBA No. 52073
    1109 First Avenue, Suite 501
14  Seattle, WA  98101
    Phone:   (206) 501-4446
15  Fax:     (206) 623-0794
16  Email:  rdykstra@friedmanrubin.com
            aackel@friedmanrubin.com
17
    **Bergman Draper Oslund**
18  Attorneys for Defendants
19
    By *s/Justin Olson*
20  Matthew P. Bergman, WSBA No. 20894
    Vanessa Firnhaber Oslund, WSBA No. 38252
21  Justin Olson, WSBA No. 51332
    821 2nd Avenue, Suite 2100
22  Seattle, WA  98104
23  Phone: (206) 957-9510
    Email: matt@bergmanlegal.com
24         vanessa@bergmanlegal.com
           justin@bergmanlegal.com
25
26
27
```

ORDER RE STIPULATED MOTION TO
APPROVE SETTLEMENT AND FOR A CLAIM BAR - 3
(USDC NO. 2:20-cv-00369-JLR)